■ HALL & McCHESNEY, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34017.) — Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal by claimant from judgment of Court of Claims for claimant, on the ground of inadequacy, on a claim for appropriation of realty.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.